IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Alvarado, Jose

Printed: 03/10/09

Case Number:  06 B 11389
Judge:  Hollis, Pamela S
Filed:  9/12/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: February 12, 2009
Confirmed:   November 6, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 33,300.00 |  |
| Secured: |  | 3,628.50 |
| Unsecured: |  | 23,439.76 |
| Priority: |  | 1,214.83 |
| Administrative: |  | 3,079.00 |
| Trustee Fee: |  | 1,905.32 |
| Other Funds: |  | 32.59 |
| Totals: | 33,300.00 | 33,300.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,079.00 | 3,079.00 |
| 2. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 3. | Continental Furniture | Secured | 1,594.91 | 1,594.91 |
| 4. | Select Portfolio Servicing | Secured | 2,033.59 | 2,033.59 |
| 5. | Internal Revenue Service | Priority | 1,214.83 | 1,214.83 |
| 6. | Capital One | Unsecured | 1,287.48 | 1,287.48 |
| 7. | Jefferson Capital | Unsecured | 339.97 | 339.97 |
| 8. | Providian | Unsecured | 3,014.00 | 3,014.00 |
| 9. | Midnight Velvet | Unsecured | 51.99 | 51.99 |
| 10. | Mitsos DDS M R | Unsecured | 418.50 | 418.50 |
| 11. | Seventh Avenue | Unsecured | 347.83 | 347.83 |
| 12. | Ginny's | Unsecured | 129.74 | 129.74 |
| 13. | Capital One | Unsecured | 2,149.99 | 2,149.99 |
| 14. | Jefferson Capital | Unsecured | 1,431.16 | 1,431.16 |
| 15. | Internal Revenue Service | Unsecured | 4,152.11 | 4,152.11 |
| 16. | Jefferson Capital | Unsecured | 4,105.19 | 4,105.19 |
| 17. | Resurgent Capital Services | Unsecured | 810.08 | 810.08 |
| 18. | Resurgent Capital Services | Unsecured | 4,023.85 | 4,023.85 |
| 19. | Resurgent Capital Services | Unsecured | 1,027.87 | 1,027.87 |
| 20. | City Of Chicago Dept Of Revenue | Unsecured | 150.00 | 150.00 |
| 21. | US Bank Home Mortgage | Secured |  | No Claim Filed |
| 22. | Illinois Dept of Revenue | Priority |  | No Claim Filed |
| 23. | Midland Credit Management | Unsecured |  | No Claim Filed |
| 24. | Cingular Wireless | Unsecured |  | No Claim Filed |
| 25. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 26. | JC Penney Corporation Inc | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Alvarado, Jose | Case Number: 06 B 11389 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 9/12/06 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Newport News | Unsecured | | No Claim Filed |
| 28. | Nicor Gas | Unsecured | | No Claim Filed |
| 29. | Providian Bank | Unsecured | | No Claim Filed |
| 30. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 31. | Premier Bankcard | Unsecured | | No Claim Filed |
| 32. | Catherine/Tape Report | Unsecured | | No Claim Filed |
| 33. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| | | | $ 31,362.09 | $ 31,362.09 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 244.79 |
| 5.4% | 858.17 |
| 6.5% | 506.93 |
| 6.6% | 295.43 |
| | $ 1,905.32 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: